IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT DE LA VEGA, et al., <br><br> Defendants. <br><br>―――――――――――― <br><br> WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT DE LA VEGA,[1] et al. <br><br> Defendants. | Lead Case No. <br> CV 20–181–M–DWM <br><br> Member Case No. <br> CV 20–183–M–DWM <br><br><br> ORDER |

There being common issues of fact and law, consolidation of the above-captioned actions is appropriate pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED that the parties' joint motion to consolidate (Doc. 7) is

---

[1] Scott de la Vega is substituted for David Bernhardt and Martha Williams is substituted for Aurelia Skipwith. Fed. R .Civ. P. 25(d).

1

GRANTED. The above-captioned cases are consolidated for all further proceedings under the case number CV 20–181–M–DWM and captioned as shown above. The Clerk of Court shall file this Order in the docket for each case.

IT IS FURTHER ORDERED that the defendants in each case shall file their respective answers in both the lead and member cases in CM/ECF. All other documents shall be filed in the lead case CV 20–181–M–DWM and spread to the member case.

IT IS FURTHER ORDERED that the parties shall file a joint case management plan by **March 12, 2021**. At that time the Court will set the parameters governing dispositive briefing.

DATED this 2nd day of February, 2021.

Donald W. Molloy, District Judge
United States District Court