MATTHEW G. MONFORTON
Montana State Bar No. 5245
MONFORTON LAW OFFICE, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
Facsimile: (406) 551-6919
E-mail: matthewmonforton@yahoo.com

DAVID P. CLAIBORNE
[Idaho State Bar No. 6579]
SAWTOOTH LAW OFFICES, PLLC
Golden Eagle Building
1101 W. River St., Ste. 110
Boise, Idaho 83702
Telephone: (208) 629-7447
Facsimile: (208) 629-7559
E-mail: david@sawtoothlaw.com

Attorneys for Applicants for Intervention

**FILED**

AUG 3 1 2021

Clerk, U.S. Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
(MISSOULA DIVISION)

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**DEB HAALAD**, *et al.*,<br><br>Defendants;<br><br>and | Lead Case No. CV 20-181-M-DWM<br><br>Member Case No. CV 20-183-M-DWM<br><br>**MOTION TO INTERVENE AS PARTY-DEFENDANTS, OR IN THE ALTERNATIVE, TO APPEAR AS *AMICUS CURIAE*** |

**STATE OF IDAHO**, an Idaho
nonprofit corporation;

Defendant-Intervenor;

and

**IDAHO STATE SNOWMOBILE
ASSOCIATION, INC.**, an Idaho
nonprofit corporation; **IDAHO
RECREATION COUNCIL, INC.**, an
Idaho nonprofit corporation;
**COLORADO SNOWMOBILE
ASSOCIATION**, a Colorado nonprofit
organization; **BACKCOUNTRY
SLED PATRIOTS**, a Montana
nonprofit organization; **CITIZENS
OFR BALANCED USE**, a Montana
nonprofit organization; **UNITED
SNOWMOBILE ALLIANCE**, a New
Hampshire nonprofit organization;
**AMERICAN COUNCIL OF
SNOWMOBILE ASSOCIATIONS**, a
Michigan nonprofit organization; **OFF
ROAD BUSINESS ASSOCIATION**,
a California nonprofit organization;
**COLORADO OFF HIGHWAY
VEHICLE COALITION**, a Colorado
nonprofit organization; **TRAILS
PRESERVATION ALLIANCE**, a
Colorado nonprofit organization;
**UNITED FOUR WHEEL DRIVE
ASSOCIATION**, a California
nonprofit organization;
**CLEARWATER COUNTY BOARD
OF COMMISSIONERS**, a political
subdivision of the State of Idaho;
**IDAHO COUNTY BOARD OF
COMMISSIONERS**, a political
subdivision of the State of Idaho;

**BONNER COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **VALLEY COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **ADAMS COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **LINCOLN COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; **MINERAL COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; **RAVALLI COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana;

Applicants for Intervention.

**COME NOW** the Applicants for Intervention – **IDAHO STATE SNOWMOBILE ASSOCIATION, INC.,** an Idaho nonprofit corporation; **IDAHO RECREATION COUNCIL, INC.,** an Idaho nonprofit corporation; **COLORADO SNOWMOBILE ASSOCIATION**, a Colorado nonprofit organization; **BACKCOUNTRY SLED PATRIOTS**, a Montana nonprofit organization; **CITIZENS OFR BALANCED USE**, a Montana nonprofit organization; **UNITED SNOWMOBILE ALLIANCE**, a New Hampshire nonprofit organization; **AMERICAN COUNCIL OF SNOWMOBILE ASSOCIATIONS**, a Michigan nonprofit organization; **OFF ROAD BUSINESS ASSOCIATION**, a California

MOTION TO INTERVENE AS PARTY-DEFENDANTS, OR IN THE ALTERNATIVE, TO APPEAR AS *AMICUS CURIAE* – Page 3

nonprofit organization; **COLORADO OFF HIGHWAY VEHICLE COALITION**, a Colorado nonprofit organization; **TRAILS PRESERVATION ALLIANCE**, a Colorado nonprofit organization; **UNITED FOUR WHEEL DRIVE ASSOCIATION**, a California nonprofit organization; **CLEARWATER COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **IDAHO COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **BONNER COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **VALLEY COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **ADAMS COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **LINCOLN COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; **MINERAL COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; **RAVALLI COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana – (herein "Applicants"), by and through their attorneys of record, Monforton Law Offices, PLLC and Sawtooth Law Offices, PLLC, and, **PURSUANT TO** Rule 24(a) and 24(b) of the FEDERAL RULES OF CIVIL PROCEDURE, **HEREBY MOVE THE COURT** for entry of an Order permitting the Applicants to intervene in the above-titled action as party-defendants, or in the alternative, to appear as amicus curiae.

Good cause and proper grounds exist for entry of the relief requested by this Motion by reason of the facts, circumstances and legal principles set forth in the *Declaration in Support of Motion to Intervene as Party-Defendants, or in the Alternative, to Appear as Amicus Curiae* and the *Memorandum in Support of Motion to Intervene as Party-Defendants, or in the Alternative to Appear as Amicus Curiae*, which are filed herewith. Further, notice is hereby provided that if the requested intervention is granted, Applicants intend to file an *Answer* as its initial pleading in the form and substance of that submitted herewith as **Exhibit A**.

Pursuant to Local Rule 7.1(c), counsel of record for the Plaintiffs, Defendants and Intervenor State of Idaho were contacted regarding this motion. Counsel for Plaintiffs and Federal Defendants stated that they take no position until they have an opportunity to review Applicants' motion to intervene and they may file a response to the same. Counsel for Intervenor State of Idaho stated that it would not oppose Applicants' motion to intervene.

The undersigned certifies that this Motion, and supporting documents, is being served upon the existing parties to this action, at the time of filing, pursuant to Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE.

//

//

//

Oral argument on this Motion is not requested.

**DATED** this 30th day of August, 2021.

                    MONFORTON LAW OFFICES, PLLC

                    by: /s/  Matthew G. Monforton
                    Matthew G. Monforton

                    SAWTOOTH LAW OFFICES, PLLC

                    by: /s/  David P. Claiborne
                    David P. Claiborne

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following on this 30th day of August, 2021, by the following method:

**AMANDA DALMENDRAY GALVAN**
**TIMOTHY J. PRESO**
**EARTHJUSTICE LEGAL DEFENSE**
**FUND – BOZEMAN**
313 East Main Street
Bozeman, MT 59715
Telephone: (406) 586-9699
Facsimile: (406) 586-9695
Email: agalvan@earthjustice.org;
tpreso@earthjustice.org
*Attorneys for Center for Biological Diversity,*
*Conservation Northwest, Defenders of*
*Wildlife, Friends of the Clearwater, Greater*
*Yellowstone Coalition, Idaho Conservation*
*League, Jackson Hole Conservation Alliance,*
*Klamath-Siskiyou Wildlands Center, Rocky*
*Mountain Wild and Sierra Club*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[_X_] iCourt / Electronic Mail or CM/ECF

**KAMELA A. CASCHETTE**
**RANDY J. TANNER**
**U.S. DEPARTMENT OF JUSTICE**
Environmental & Natural Resources Div.
Ben Franklin Station
PO Box 7611
Washington, DC 20044-7611
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Email: kamela.caschette@usdoj.gov;
randy.tanner@usdoj.gov
*Attorneys for Scott de la Vega, Martha*
*Williams, United States Fish and Wildlife*
*Service*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[_X_] iCourt / Electronic Mail or CM/ECF

**OWEN H. MORONEY**
**IDAHO OFFICE OF THE ATTORNEY**
**GENERAL**
2117 North 17th Street
Boise, ID 83702
Telephone: (208) 287-2875
Facsimile (208) 334-2148
Email: owen.moroney@idfg.idaho.gov
*Attorneys for State of Idaho*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[_X_] iCourt / Electronic Mail or CM/ECF

MONFORTON LAW OFFICES, PLLC

by: /s/  Matthew G. Monforton_
Matthew G. Monforton