MATTHEW G. MONFORTON
Montana State Bar No. 5245
MONFORTON LAW OFFICE, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile: (406) 551-6919
E-mail: matthewmonforton@yahoo.com

DAVID P. CLAIBORNE
[Idaho State Bar No. 6579]
SAWTOOTH LAW OFFICES, PLLC
Golden Eagle Building
1101 W. River St., Ste. 110
Boise, Idaho 83702
Telephone: (208) 629-7447
Facsimile: (208) 629-7559
E-mail: david@sawtoothlaw.com

Attorneys for Applicants for Intervention

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
(MISSOULA DIVISION)

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **DEB HAALAD**, *et al.*, <br><br> Defendants; <br><br> and | Lead Case No. CV 20-181-M-DWM <br><br> Member Case No. CV 20-183-M-DWM <br><br> **MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID P. CLAIBORNE** |

MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID P. CLAIBORNE – Page 1

STATE OF IDAHO, an Idaho nonprofit corporation;

Defendant-Intervenor;

and

IDAHO STATE SNOWMOBILE ASSOCIATION, INC., an Idaho nonprofit corporation; IDAHO RECREATION COUNCIL, INC., an Idaho nonprofit corporation; COLORADO SNOWMOBILE ASSOCIATION, a Colorado nonprofit organization; BACKCOUNTRY SLED PATRIOTS, a Montana nonprofit organization; CITIZENS OFR BALANCED USE, a Montana nonprofit organization; UNITED SNOWMOBILE ALLIANCE, a New Hampshire nonprofit organization; AMERICAN COUNCIL OF SNOWMOBILE ASSOCIATIONS, a Michigan nonprofit organization; OFF ROAD BUSINESS ASSOCIATION, a California nonprofit organization; COLORADO OFF HIGHWAY VEHICLE COALITION, a Colorado nonprofit organization; TRAILS PRESERVATION ALLIANCE, a Colorado nonprofit organization; UNITED FOUR WHEEL DRIVE ASSOCIATION, a California nonprofit organization; CLEARWATER COUNTY BOARD OF COMMISSIONERS, a political subdivision of the State of Idaho; IDAHO COUNTY BOARD OF COMMISSIONERS, a political subdivision of the State of Idaho;

|  |
|---|
| **BONNER COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **VALLEY COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **ADAMS COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **LINCOLN COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; **MINERAL COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; **RAVALLI COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; Applicants for Intervention. |

Under Local Rule 83.1(d), I, Matthew G. Monforton, counsel for Intervenor-Applicants – **IDAHO STATE SNOWMOBILE ASSOCIATION, INC.**, an Idaho nonprofit corporation; **IDAHO RECREATION COUNCIL, INC.**, an Idaho nonprofit corporation; **COLORADO SNOWMOBILE ASSOCIATION**, a Colorado nonprofit organization; **BACKCOUNTRY SLED PATRIOTS**, a Montana nonprofit organization; **CITIZENS OFR BALANCED USE**, a Montana nonprofit organization; **UNITED SNOWMOBILE ALLIANCE**, a New Hampshire nonprofit organization; **AMERICAN COUNCIL OF SNOWMOBILE ASSOCIATIONS**, a Michigan nonprofit organization; **OFF**

MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID P. CLAIBORNE – Page 3

**ROAD BUSINESS ASSOCIATION**, a California nonprofit organization; **COLORADO OFF HIGHWAY VEHICLE COALITION**, a Colorado nonprofit organization; **TRAILS PRESERVATION ALLIANCE**, a Colorado nonprofit organization; **UNITED FOUR WHEEL DRIVE ASSOCIATION**, a California nonprofit organization; **CLEARWATER COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **IDAHO COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **BONNER COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **VALLEY COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **ADAMS COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Idaho; **LINCOLN COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; **MINERAL COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana; **RAVALLI COUNTY BOARD OF COMMISSIONERS**, a political subdivision of the State of Montana – and hereby respectfully move for the admission of attorney David P. Claiborne *pro hac vice* before this Court. Mr. Claiborne's contact information is as follows:

> David P. Claiborne (Id. State Bar No. 6579)
> Sawtooth Law Offices, PLLC
> 1101 W. River Street, Suite 110
> Boise, Idaho 83702

MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID P. CLAIBORNE – Page 4

Phone : (208) 629-7447
Email: david@sawtoothlaw.com

Mr. Claiborne's declaration in support of this motion is filed herewith. Pursuant to Local Rule 7.1(c)(1), the other parties in this matter have been contacted about this motion and all have indicated they have no opposition.

Oral argument on this Motion is not requested.

**DATED** this 30th day of August, 2021.

                                  MONFORTON LAW OFFICES, PLLC

                                  by: */s/  Matthew G. Monforton*
                                  Matthew G. Monforton

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following on this 30th day of August, 2021, by the following method:

| | |
|---|---|
| **AMANDA DALMENDRAY GALVAN**<br>**TIMOTHY J. PRESO**<br>**EARTHJUSTICE LEGAL DEFENSE FUND – BOZEMAN**<br>313 East Main Street<br>Bozeman, MT 59715<br>Telephone: (406) 586-9699<br>Facsimile: (406) 586-9695<br>Email: agalvan@earthjustice.org;<br>tpreso@earthjustice.org<br>*Attorneys for Center for Biological Diversity, Conservation Northwest, Defenders of Wildlife, Friends of the Clearwater, Greater Yellowstone Coalition, Idaho Conservation League, Jackson Hole Conservation Alliance, Klamath-Siskiyou Wildlands Center, Rocky Mountain Wild and Sierra Club* | [_] U.S. First Class Mail, Postage Prepaid<br>[_] U.S. Certified Mail, Postage Prepaid<br>[_] Federal Express<br>[_] Hand Delivery<br>[_] Facsimile<br>[X] iCourt / Electronic Mail or CM/ECF |
| **KAMELA A. CASCHETTE**<br>**RANDY J. TANNER**<br>**U.S. DEPARTMENT OF JUSTICE**<br>Environmental & Natural Resources Div.<br>Ben Franklin Station<br>PO Box 7611<br>Washington, DC 20044-7611<br>Telephone: (202) 305-0340<br>Facsimile: (202) 305-0275<br>Email:kamela.caschette@usdoj.gov;<br>randy.tanner@usdoj.gov<br>*Attorneys for Scott de la Vega, Martha Williams, United States Fish and Wildlife Service* | [_] U.S. First Class Mail, Postage Prepaid<br>[_] U.S. Certified Mail, Postage Prepaid<br>[_] Federal Express<br>[_] Hand Delivery<br>[_] Facsimile<br>[X] iCourt / Electronic Mail or CM/ECF |

OWEN H. MORONEY
**IDAHO OFFICE OF THE ATTORNEY GENERAL**
2117 North 17th Street
Boise, ID 83702
Telephone: (208) 287-2875
Facsimile (208) 334-2148
Email: owen.moroney@idfg.idaho.gov
*Attorneys for State of Idaho*

[_] U.S. First Class Mail, Postage Prepaid
[_] U.S. Certified Mail, Postage Prepaid
[_] Federal Express
[_] Hand Delivery
[_] Facsimile
[X] iCourt / Electronic Mail or CM/ECF

MONFORTON LAW OFFICES, PLLC

by: /s/ *Matthew G. Monforton*
Matthew G. Monforton