RANDY TANNER, Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
Tel: (406) 329-4268; Fax: (406) 542-1476
E-mail: randy.tanner@usdoj.gov

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Assistant Chief
KAMELA A. CASCHETTE, Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Tel | (202) 305-0340; Fax | (202) 305-0275
Kamela.Caschette@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>DEBRA HAALAND, et al.,<br><br>　　　　Federal Defendants, | Lead Case No.<br>CV 20-181-M-DWM<br><br>Member Case No.<br>CV 20-183-M-DWM |

1

| | |
|---|---|
| STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission,<br><br>                    Defendant-Intervenor.<br>WILDEARTH GUARDIANS, et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>DEBRA HAALAND, et al.,<br><br>                    Federal Defendants,<br><br>STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission,<br><br>                    Defendant-Intervenor. | **JOINT STIPULATION AND MOTION CONCERNING PLAINTIFFS' CLAIM FOR FEES AND COSTS IN MEMBER CASE NO. CV 20-183-M-DWM** |

This Stipulation is entered into by and between Plaintiffs WildEarth Guardians, et al. ("Guardians Plaintiffs"), and Federal Defendants Debra Haaland, et al., concerning Guardians Plaintiffs' claim for fees and costs in Case No. 9:20-cv-00183-DWM. Counsel for Federal Defendants spoke with counsel for Defendant-Intervenor State of Idaho, who indicated that Idaho takes no position on this motion. Guardians Plaintiffs and Federal Defendants hereby agree and stipulate as follows:

WHEREAS, Guardians Plaintiffs' lawsuit challenged Federal Defendants' issuance of an October 2020 decision withdrawing a proposed rule to list the

2

lower-48-state distinct population segment of the North American wolverine as a threatened species under the Endangered Species Act;

WHEREAS, the Court entered a judgment on May 26, 2022, granting Federal Defendants' motion for voluntary remand in part and vacating and remanding the challenged agency decision, as well as denying Guardians Plaintiffs' motion for summary judgment without prejudice;

WHEREAS, Guardians Plaintiffs filed a motion for an award of attorneys' fees and costs on October 11, 2022;

WHEREAS, on October 12, 2022, the Court granted a joint motion to stay briefing on motions for attorneys' fees and costs until January 10, 2023;

WHEREAS, the parties have reached a settlement agreement for Guardians Plaintiffs' claim for attorneys' fees and costs in this matter;

NOW THEREFORE, it is stipulated by and between Guardians Plaintiffs and Federal Defendants as follows:

1. Federal Defendants agree that Guardians Plaintiffs are entitled to an award of reasonable attorneys' fees and costs incurred by its counsel, pursuant to the ESA, 16 U.S.C. § 1540(g)(4). Federal Defendants agree to pay, and Guardians Plaintiffs agree to accept, **$159,953.50** in full and complete satisfaction of any and all claims pursuant to the ESA, and/or any other statute or common law theory, for

all attorneys' fees and costs incurred by Guardians Plaintiffs in connection with the above-captioned lawsuit through and including the date of this Stipulation.

2.      Federal Defendants shall make the payment set forth in Paragraph 1 by electronic funds transfer to counsel for Guardians Plaintiffs, the Western Environmental Law Center, on behalf of Guardians Plaintiffs. Within ten (10) days of entry of an order approving this Stipulation, counsel for Guardians Plaintiffs will provide Federal Defendants with the following information necessary for Federal Defendants to process the payment described in Paragraph 1 above by electronic funds transfer: the payee's name, the payee's address, the payee's bank account number, the account type, the name of the payee's bank, the bank routing transit number, and the payee's tax identification number. Upon request of counsel for Federal Defendants, counsel for Guardians Plaintiffs shall provide additional information (including the tax identification numbers of the Plaintiffs), if needed, to process the payment set forth in Paragraph 1, or, if such information is not available, a written explanation under oath for the reasons such information is not available.

3.      Federal Defendants' counsel agree to submit all necessary paperwork for the processing of the payment described in Paragraph 1 above to the appropriate office(s) within ten (10) business days of receiving the information

necessary for processing the electronic funds transfer described in Paragraph 2 above.

4. By this Stipulation, the parties do not waive any right to claim or contest fees, including hourly rates, in any future litigation. Further, this Stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

5. Guardians Plaintiffs agree that receipt of this payment of $159,953.50 shall operate as a release of any and all claims for attorneys' fees and costs that it possesses against the United States, including each named Federal Defendant, incurred in the above-captioned matter through and including the date of this Stipulation. Guardians Plaintiffs shall provide to Federal Defendants confirmation of receipt of payment within ten (10) business days after receipt.

6. The undersigned parties agree that this Stipulation was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed. By entering into this Stipulation, the undersigned parties do not waive any claim or defense.

7. Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that Federal Defendants are obligated to expend or pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. §1341, or any other appropriations law.

8. This Stipulation is effective as of the date it is entered by the Court.

9. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the terms and conditions of this Stipulation and do hereby agree to the terms herein. Further, each party, by and through its undersigned representative, represents and warrants that it has the legal power and authority to enter into this Stipulation and bind itself to the terms and conditions contained in this Stipulation.

Respectfully submitted January 10, 2023:

| | |
|---|---|
| /s/ Matthew K. Bishop<br>Matthew K. Bishop<br>Western Environmental Law Center<br>103 Reeder's Alley<br>Helena, Montana 59601<br>(406) 324-8011<br>bishop@westernlaw.org<br><br>*Counsel for WildEarth Guardians et al.* | TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br>S. JAY GOVINDAN, Section Chief<br>MEREDITH L. FLAX, Assistant Chief<br><br>*/s/ Kamela A. Caschette*<br>KAMELA A. CASCHETTE<br>Trial Attorney<br>Wildlife & Marine Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611<br>Tel | (202) 305-0340<br>Fax | (202) 305-0275<br>Kamela.Caschette@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

## CERTIFICATE OF SERVICE

I, Kamela A. Caschette, hereby certify that, on January 10, 2023, I caused the foregoing to be served upon counsel of record through the Court's CM/ECF system. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Kamela A. Caschette*
KAMELA A. CASCHETTE, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Tel | (202) 305-0340; Fax | (202) 305-0275
Kamela.Caschette@usdoj.gov

*Attorney for Federal Defendants*